JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

KA LI CHEUNG,

Plaintiff,

v.

KRISTI NOEM, *et al.*,

Defendants.

No. 5:25-cv-00938-SSS-SHKx

**JUDGMENT**

1

Defendants Kristi Noem, Secretary, U.S. Department of Homeland Security, and Joseph B. Edlow, Director, U.S. Citizenship and Immigration Services (USCIS) seek summary judgment and dismissal of Plaintiff Ka Li Cheung's claims to compel USCIS to provide her an asylum interview date and to compel USCIS to adjudicate her asylum application.

The Court, having considered Defendants' Motion and finding good cause, hereby **GRANTS** the Motion and **ORDERS** as follows:

1.  Plaintiff's request for a writ of mandamus is denied without prejudice.
2.  Plaintiff's claims under the Administrative Procedure Act and the Fifth Amendment are dismissed without prejudice.

IT IS SO **ORDERED** AND **ADJUDGED**.

Dated: June 12, 2026

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2